UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Jordan Hospital )<br>275 Sandwich Street )<br>Plymouth, Massachusetts 02360, )<br>  )<br>Plaintiff, )<br>  )<br>vs. )<br>  )<br>Michael O. Leavitt, Secretary of the )<br>United States Department of Health and )<br>Human Services )<br>200 Independence Avenue, S.W. )<br>Washington, D.C. 20201 )<br>  )<br>Defendant. )<br>  ) | Civil Action No. _____ |

## CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for Plaintiff, certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of Jordan Hospital, which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

*Barbara Straub Williams*
Signature

396582
Bar Identification Number

Barbara Straub Williams
Print Name

Powers, Pyles, Sutter & Verville, PC
1501 M Street, NW, 7th Floor
Washington, DC 20005

202-466-6550
Telephone Number