**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JORDAN HOSPITAL, ) | |
| ) | |
|        Plaintiff, ) | |
| ) | |
|        v. ) | Civ. Action No. 07-1160 (JDB) |
| ) | |
| MICHAEL O. LEAVITT, ) | |
| Secretary, United States Department of ) | |
| Health and Human Services, ) | |
| ) | |
|        Defendant. ) | |

**PRAECIPE**

      **THE CLERK OF THIS COURT** will please enter the appearance of Assistant United

States Attorney Charlotte A. Abel as counsel for the defendant in the above-captioned case.

                                       Respectfully submitted,

                                       /s/

                                     CHARLOTTE A. ABEL
                                     D.C. Bar No. 388582
                                     Assistant United States Attorney
                                     555 Fourth St., N.W.
                                     Washington, D.C. 20530
                                     (202) 307-2332