UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Jordan Hospital )<br>275 Sandwich Street )<br>Plymouth, Massachusetts 02360, )<br>    )<br>    Plaintiff, )<br>    )<br>    vs. )<br>    )   Case No. 1:07-cv-01160<br>Michael O. Leavitt, Secretary of the )<br>United States Department of Health and )<br>Human Services )<br>200 Independence Avenue, S.W. )<br>Washington, D.C. 20201 )<br>    )<br>    Defendant. )<br>_____ ) | |

### AFFIDAVIT OF MAILING

I, Barbara Straub Williams, hereby state that on the 9th day of October, 2007, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, certified mail delivery, addressed to the following defendant's counsel:

Peter D. Keisler, Acting Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001

I have received the receipt for the certified mail, No. 7007 0220 0002 5055 3947 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 12th day of October, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

_10/25/07_
(Date)

_Barbara Straub Williams_
Barbara Straub Williams
D.C. Bar No. 396582
Powers Pyles Sutter & Verville, PC
1501 M Street, N.W., 7th Floor
Washington, DC 20005
(202) 466-6550

{D0161871.DOC / 1}

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Jordan Hospital )<br>275 Sandwich Street )<br>Plymouth, Massachusetts 02360, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Michael O. Leavitt, Secretary of the )<br>United States Department of Health and )<br>Human Services )<br>200 Independence Avenue, S.W. )<br>Washington, D.C. 20201 )<br>)<br>Defendant. )<br>) | Case No. 1:07-cv-01160 |

## ATTACHMENT

```
SENDER:
■ Complete items 1 and/or 2 for additional services.
■ Complete items 3, 4a, and 4b.
■ Print your name and address on the reverse of this form so that we can return this card to you.
■ Attach this form to the front of the mailpiece, or on the back if space does not permit.
■ Write "Return Receipt Requested" on the mailpiece below the article number.
■ The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:
Peter D. Keisler, Acting
Atty. General
U.S. Dept. of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530

4a. Article Number

4b. Service Type
☐ Registered          ☒ Certified
☐ Express Mail        ☐ Insured
☐ Return Receipt for Merchandise  ☐ COD

7. Date of Delivery
OCT 1 2 2007

5. Received By: (Print Name)

8. Addressee's Address (Only if requested and fee is paid)

6. Signature: (Addressee or Agent)
X

PS Form 3811, December 1994          Domestic Return Receipt
```

{D0161886.DOC / 1}