UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JORDAN HOSPITAL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 07-01160 (JDB) |
| ) | |
| MICHAEL O. LEAVITT, Secretary ) | |
| of Health and Human Services ) | |
| ) | |
| Defendant. ) | |
| ) | |

## PRAECIPE

The Clerk of this Court will please enter the appearance of Bridgette L. Kaiser as agency counsel for the Defendant Secretary of Health and Human Services in the above-captioned action.

Respectfully submitted,

/s/ Bridgette L. Kaiser
BRIDGETTE L. KAISER
D.C. Bar No. 492406
U.S. Department of Health and Human Services
Office of the General Counsel
Centers for Medicare and Medicaid Services Division
330 Independence Ave., S.W.
Cohen Building, Room 5309
Washington, D.C. 20201
(202) 205-5872