UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JORDAN HOSPITAL,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civ. No. 07-1160 (JDB) |
| ) | |
| **MICHAEL O. LEAVITT, Secretary** ) | |
| **of Health and Human Services,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO
ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant, Michael O. Leavitt, Secretary of Health and Human Services (the "Secretary"), respectfully moves, pursuant to Federal Rule of Civil Procedure 6(b), for an enlargement of time of thirty (30) days, up to and including January 10, 2008, within which to answer or otherwise respond to Plaintiff Jordan Hospital's Complaint. In support of this Motion, Defendant states as follows:

1. Plaintiff's Complaint seeks judicial review of a decision by the Secretary to deny Plaintiff's request for certain Medicare reimbursement.

2. Jurisdiction over this action is based on 42 U.S.C. § 1395oo(f)(1), which provides for judicial review of final decisions by the Secretary under the standards of the Administrative Procedure Act, 5 U.S.C. § 701 et seq.

3. Due to a number of competing deadlines in other matters, agency counsel needs additional time to adequately respond to Plaintiff's Complaint. Specifically, agency counsel has been engaged in discovery (answering interrogatories and preparing a witness for a deposition)

and related motion practice in a case concerning the Medicare Part D prescription drug benefit. In a separate Part D case, counsel is preparing for a settlement conference scheduled for December 19, 2007 in San Francisco. In advance of that conference, multiple lengthy meetings with the client and opposing counsel will be necessary. In a third matter, counsel has a brief on a dispositive motion due on December 18, 2007.

    4. The Secretary's response to Plaintiff's Complaint is currently due by December 11, 2007. As stated above, the Secretary respectfully requests an enlargement of time of thirty (30) days, up to and including January 10, 2008, to file his response.

    5. This is the first enlargement of time sought by Defendant in this matter. If granted, this enlargement would have no effect on other deadlines since no scheduling order has been entered in this case.

    6. On December 5, 2007, agency counsel conferred with Plaintiff's counsel, who stated that she does not oppose this motion.

    7. This request is made in good faith and not for purposes of delay.

    A proposed order is attached.

        Respectfully submitted,

           /s/
        JEFFREY A. TAYLOR
        United States Attorney
        D.C. Bar No. 498610

           /s/
        CHRISTOPHER B. HARWOOD
        Assistant United States Attorney
        N.Y. Reg. No. 4202982
        Civil Division
        555 Fourth Street, N.W.
        Washington, D.C. 20530
        (202) 307-0372

           /s/
        BRIDGETTE L. KAISER
        D.C. Bar No. 492406
        U.S. Department of Health and Human Services
        Office of the General Counsel
        Centers for Medicare and Medicaid Services Division
        330 Independence Ave., S.W.
        Cohen Building, Room 5309
        Washington, D.C. 20201
        (202) 205-5872

<u>OF COUNSEL</u>:

DANIEL MERON
General Counsel

CAROL J. BENNETT
Acting Associate General Counsel

MARK D. POLSTON
Deputy Associate General
Counsel for Litigation

United States Department of
Health and Human Services

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JORDAN HOSPITAL,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civ. No. 07-01160 (JDB) |
| ) | |
| **MICHAEL O. LEAVITT, Secretary** ) | |
| **of Health and Human Services** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

Upon consideration of Defendant's Unopposed Motion for Enlargement of Time and the entire record herein, it is this _____ day of December, 2007,

ORDERED that Defendant's Motion for Enlargement of Time be, and hereby is, GRANTED; and it is further

ORDERED that Defendant shall file his answer or otherwise respond to Plaintiff's Complaint on or before January 10, 2008.

_____
JOHN D. BATES
United States District Judge