# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JORDAN HOSPITAL, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MICHAEL O. LEAVITT, Secretary of the )<br>United States Department of Health and )<br>Human Services, )<br>)<br>Defendant. )<br>) | Case No. 1:07-cv-01160 |

### PLAINTIFF'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME
### WITHIN WHICH TO OPPOSE DEFENDANT'S MOTION TO DISMISS;
### AND MEMORANDUM IN SUPPORT THEREOF

Plaintiff in the above-captioned civil action, by and through its undersigned counsel, hereby moves pursuant to Federal Rule of Civil Procedure 6(b)(1) for an enlargement of time of 14 days, up to and including March 24, 2008, within which to file an Opposition to Defendant's Motion to Dismiss the case. The reasons for this request are as follows:

Due to the unique procedural posture of this case in the administrative forum, the issues on which the Court's disposition of the pending Motion to Dismiss will turn are likely to resolve the merits of this litigation as well. Consequently, Plaintiff's counsel has found that more time than previously permitted for the response will be needed to adequately brief the relevant legal issues for the Court. In addition, one of Plaintiff's co-counsel, who was initially scheduled to play the major role in briefing this case, departed from the law firm that represents Plaintiff in this action, and therefore has not be able to complete work on a memorandum of law to oppose Defendant's motion. Therefore, other attorneys of the firm have needed to be involved in this

litigation and to become familiar with the relevant facts and issues. Due to the press of other business, it has not been possible for this to occur fully.

Counsel for Defendant, Bridgette Kaiser, has been consulted regarding this motion, and has represented that neither she nor the Assistant United States Attorney responsible for this action have any objection to the requested enlargement of time.

For all of the foregoing reasons, Plaintiff respectfully requests that the Court grant an enlargement of time until March 24, 2008, for the filing of Plaintiff's Memorandum of Points and Authorities in Opposition to the pending Motion to Dismiss, consistent with the Proposed Order, which is attached hereto for the convenience of the Court.

Respectfully submitted,

 s/Barbara Straub Williams
Barbara Straub Williams
(D.C. Bar No. 396582)
Ronald S. Connelly
(D.C. Bar No. 488298)
POWERS PYLES SUTTER & VERVILLE, PC
1501 M Street, N.W., 7th Floor
Washington, D.C. 20005
(202) 466-6550

Attorneys for Plaintiff, Jordan Hospital

Dated: March 6, 2008

# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JORDAN HOSPITAL, </br></br>  Plaintiff, </br></br> vs. </br></br> MICHAEL O. LEAVITT, Secretary of the United States Department of Health and Human Services, </br></br>  Defendant. | Case No. 1:07-cv-01160 |

## ORDER

UPON CONSIDERATION of Plaintiff's Consent Motion for an Enlargement of Time Within Which to Oppose Defendant's Motion to Dismiss, it is by the Court on this _____ day of March, 2008, hereby

ORDERED that Plaintiff's motion should and hereby is granted; and it is

FURTHER ORDERED that Plaintiff's shall have up to and including March 24, 2008, within which to file an Opposition to Defendant's Motion to Dismiss the above-captioned civil action.

_____
JOHN D. BATES
United States District Judge

Dated: _____

{D0181441.DOC / 1}