UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JORDAN HOSPITAL,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**MICHAEL O. LEAVITT, Secretary** )<br>**of Health and Human Services,** )<br>)<br>**Defendant.** )<br>) | Civ. No. 07-01160 (JDB) |

**DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME
TO FILE A REPLY ON ITS MOTION TO DISMISS**

Defendant, Michael O. Leavitt, Secretary of Health and Human Services ("the Secretary"), respectfully moves, pursuant to Federal Rule of Civil Procedure 6(b)(1), for an enlargement of time of 20 days, up to and including April 23, 2008, within which to submit a reply to Plaintiff's Memorandum of Points and Authorities in Opposition to Defendant's Motion to Dismiss. In support of the instant motion, Defendant states as follows:

1. Plaintiff's Complaint seeks judicial review of a decision by the Secretary reviewing Plaintiff's request for certain Medicare reimbursement.

2. Jurisdiction over this action is based on 42 U.S.C. § 1395oo(f)(1), which provides for judicial review of final decisions by the Secretary under the standards of the Administrative Procedure Act, 5 U.S.C. § 701 <u>et</u> <u>seq</u>.

3. On January 28, 2008, the Secretary filed a motion to dismiss.

4. On March 24, 2008, Plaintiff filed its opposition.

5. Due to competing deadlines in other matters, agency counsel needs additional time to

adequately respond to Plaintiff's opposition. Specifically, agency counsel is assisting with a motion to dismiss in another matter, due April 1, 2008. In a separate matter, agency counsel is compiling the administrative record and assisting with accelerated briefing, with a summary judgment brief due April 11, 2008. In a third matter, a large Part D case, agency counsel is assisting with preparations and negotiations in advance of a settlement conference, scheduled for April 3, 2008.

6. The Secretary's reply is currently due by April 3, 2008. In order to allow sufficient time for preparation of an appropriate response, the Secretary respectfully requests an enlargement of time of 20 days, up to and including April 23, 2008.

7. This is the second enlargement of time sought by Defendant in this matter, but the first with respect to the filing at issue. If granted, this enlargement will have no effect on other deadlines since there is no scheduling order in this case.

8. On March 27, 2008, agency counsel conferred with Plaintiff's counsel. Plaintiff's counsel consents to the instant motion.

9. This request is made in good faith and not for the purposes of delay.

A proposed order is attached.

Respectfully submitted,

  /s/
JEFFREY A. TAYLOR
United States Attorney
D.C. Bar No. 498610

>                   /s/
> CHRISTOPHER B. HARWOOD
> Assistant United States Attorney
> N.Y. Reg. No. 4202982
> Civil Division
> 555 Fourth Street, N.W.
> Washington, D.C. 20530
> (202) 307-0372
>
>
>                   /s/
> BRIDGETTE L. KAISER
> D.C. Bar No.  492406
> U.S. Department of Health and Human Services
> Office of the General Counsel
> Centers for Medicare and Medicaid Services Division
> 330 Independence Ave., S.W.
> Cohen Building, Room 5309
> Washington, D.C. 20201
> (202) 205-5872

OF COUNSEL:

JAMES C. STANSEL
Acting General Counsel

JANICE HOFFMAN
 Associate General Counsel

MARK D. POLSTON
Deputy Associate General
Counsel for Litigation

United States Department of
Health and Human Services

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JORDAN HOSPITAL,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civ. No. 07-01160 (JDB) |
| ) | |
| **MICHAEL O. LEAVITT, Secretary** ) | |
| **of Health and Human Services,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**ORDER**

Upon consideration of Defendant's Motion for Enlargement of Time, and the entire record herein, it is this _____ day of _____, 2008,

ORDERED that Defendant's Motion for Enlargement of Time be, and hereby is, GRANTED; and it is further

ORDERED that Defendant shall file his reply to Plaintiff's Memorandum of Points and Authorities in Opposition to Defendant's Motion to Dismiss on or before April 23, 2008.

UNITED STATES DISTRICT JUDGE

Copy to: ECF Counsel