UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

_____
JORDAN HOSPITAL,                    )
                                    )
    Plaintiff,                      )
                                    )
  vs.                               )
                                    )   Case No. 1:07-cv-01160
MICHAEL O. LEAVITT, Secretary of the )
United States Department of Health and )
Human Services,                     )
                                    )
    Defendant.                      )
_____)

ORDER

Upon consideration of Defendant's Motion to Dismiss and the entire record herein,

it is this _____ day of _____, 2008,

ORDERED that Defendant's Motion to Dismiss be, and hereby is, DENIED.

                                                                                            _____
                                                                                            JOHN D. BATES
                                                                                            United States District Judge

Dated: _____