UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JORDAN HOSPITAL,<br><br>　　Plaintiff,<br><br>　　　v.<br><br>MICHAEL O. LEAVITT, Secretary of the United States Department of Health and Human Services,<br><br>　　Defendant. | Civil Action No.  07-1160 (JDB) |

## ORDER

Upon careful consideration of [14] defendant's motion to dismiss, the parties' memoranda, the arguments advanced at the motion hearing held on August 1, 2008, the applicable law, and the entire record, and for the reasons stated in the accompanying Memorandum Opinion issued herewith, it is hereby

**ORDERED** that [14] defendant's motion to dismiss is **GRANTED**; and it is further

**ORDERED** that plaintiff's amended complaint is **DISMISSED**.

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　JOHN D. BATES
　　　　　　　　　　　　　　　United States District Judge

Dated:   August 15, 2008